# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TIMIKA WOOTEN** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **COMMUNITY EDUCATION** | : | |
| **CENTERS, INC.** | : | **NO. 16-943** |

## O R D E R

**AND NOW, TO WIT:** This 28th day of October, 2016, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

LUCY V. CHIN, Interim Clerk of Court

**BY:** S/Rose A. Barber
Deputy Clerk
Rose A. Barber
267-299-7352

Copies sent by ECF to:
Alexa Joy Laborda Nelson
Mark S. Scheffer